# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEDRA FUGATE,<br><br>                   Plaintiff,<br><br>   v.<br><br>VANDENBERG, CHASE AND ASSOCIATES, LLC,<br><br>                   Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-1634 RSM |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Clerk shall enter default judgment against Defendant Vandenberg, Chase and Associates, LLC in favor of plaintiff in the total amount of $7,287.50, comprised of an award of $3,500.00 in actual damages, $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), and $2,787.50 in attorney's fees.

Dated this 24th day of June 2011.

                                                   William M. McCool
                                                   Clerk

                                                 s/Rhonda Stiles
                                               Deputy Clerk